**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6370**

JONATHAN ALLEN,

Petitioner - Appellant,

v.

WARDEN D.L. YOUNG,

Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:18-cv-01306)

Submitted:  August 25, 2020                              Decided:  August 28, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan Allen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Allen, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Allen's 28 U.S.C. § 2241 petition challenging his prison disciplinary proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Young*, No. 5:18-cv-01306 (S.D.W. Va. Dec. 16, 2019). We deny as unnecessary Allen's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*